**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT M. KLIMO,** | ) | **CASE NO. 1:26 CV 293** |
| | ) | **1:26 CV 294** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| | ) | **Magistrate Judge** |
| | ) | **Jennifer Dowdell Armstrong** |
| | ) | |
| **U.S. BANK NATIONAL TRUST, ASSOCIATION, *et al.*,** | ) | **MEMORANDUM OPINION** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

On August 3, 2026, Magistrate Judge Jennifer Dowdell Armstrong issued a Report and Recommendation in the above-captioned matter (Docket #34) recommending that the Court dismiss Plaintiff's claims without prejudice for Plaintiff's failure to prosecute and comply with Court orders, and deny as moot Defendants' numerous pending Motions to Dismiss, Docket #s 3, 11, 14 and 23 in Case No. 26 CV 293 and Docket #s 16, 19 and 20 in Case No. 26 CV 294.

No objections to the Report and Recommendation were filed.

**Standard of Review for a Magistrate Judge's Report and Recommendation**

The applicable standard of review of a magistrate judge's report and recommendation depends upon whether objections were made to that report. When objections are made to a report and recommendation of a magistrate judge, the district court reviews the case de novo.

FED. R. CIV. P. 72(b) states:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

The text of Rule 72(b) addresses only the review of reports to which objections have been made; it does not indicate the appropriate standard of review for those reports to which no objections have been properly made. The Advisory Committee on Civil Rules commented on a district court's review of *unopposed* reports by magistrate judges. In regard to subsection (b) of Rule 72, the advisory committee stated: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted).

The U.S. Supreme Court stated in *Thomas v. Arn*, 474 U.S. 140, 150 (1985): "It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."

**Conclusion**

The Court has carefully reviewed the Report and Recommendation issued by Magistrate Judge Dowdell Armstrong and agrees with the well-reasoned findings set forth therein. The Report and Recommendation (Docket #34) is hereby ADOPTED in its entirety.

Magistrate Judge Dowdell Armstrong thoroughly reviewed proceedings in this case, incorporating a detailed analysis of the applicable Rules of Federal Civil Procedure

and relevant case law. Magistrate Judge Dowdell Armstrong correctly determined that dismissal of Plaintiff's claims without prejudice for Plaintiff's failure to prosecute and comply with Court orders is appropriate.

Plaintiff's claims are hereby DISMISSED WITHOUT PREJUDICE.

Defendants' pending Motions to Dismiss, Docket #s 3, 11, 14 and 23 in Case No. 26 CV 293 and Docket #s 16, 19 and 20 in Case No. 26 CV 294, are hereby DENIED AS MOOT.

Case Numbers 1:26 CV 293 and 1:26 CV 294 are hereby TERMINATED.

IT IS SO ORDERED.

Donald C. Nugent

DONALD C. NUGENT
United States District Judge

DATED: August 26, 2026